■ (A) THE PEOPLE OF THE STATE OF NEW YORK V. JAMES WRIGHT. (B) THE PEOPLE OF THE STATE OF NEW YORK V. CARL EDELSON. [In each action] — Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK V. CARL EDELSON. (Two Actions.) (B) THE PEOPLE OF THE STATE OF NEW YORK V. CRYSTLE COLBERT. (C) THE PEOPLE OF THE STATE OF NEW YORK V. HILTON MCGEE. (D) THE PEOPLE OF THE STATE OF NEW YORK V. VINCENT GUGLIEMELLI. (E) THE PEOPLE OF THE STATE OF NEW YORK V. JACK GOLDBERG. (F) THE PEOPLE OF THE STATE OF NEW YORK V. ARTHUR KELLY. (G) THE PEOPLE OF THE STATE OF NEW YORK V. WILKEN MCCREA. (H) THE PEOPLE OF THE STATE OF NEW YORK V. HAROLD DAVIDSON. (I) THE PEOPLE OF THE STATE OF NEW YORK V. JAMES RUSSELL. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ. (J) THE PEOPLE OF THE STATE OF NEW YORK V. WILLIAM HOWELL. (K) THE PEOPLE OF THE STATE OF NEW YORK V. MATTHEW CARNEY. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ. [In each action] Motion to dismiss appeal granted.

■ In the Matter of the Arbitration between HOWARD INTERNATIONAL INC., and CENTRAL RIGGING & CONTRACTING CORP.— Motion for leave to consolidate granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing. Motion to dismiss appeal denied with leave to reassert the claim of waiver on the argument of the appeal. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ JAMES ABRAMS, JR., an Infant, v. VELYA REALTY CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 3, 1962, with notice of argument for May 15, 1962, said appeal to be argued or submitted when reached. Motion to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for respondents and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court on on before May 3, 1962, with notice or argument for May 15, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. CHARLES BATES.— Order entered on November 9, 1961 assigning counsel for defendant vacated and counsel is relieved of said assignment. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ EDWARD KIVOVITS V. DAVID MURPHY.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ LEON FOSTON V. QUINCY COMPRESSOR Co. et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorneys